**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:	LISA SPRINGS-WILLIAMS	:	Chapter 13
	:
	Debtor	:	Bky. No. 18-18309 ELF
	:

# O R D E R

**AND NOW,** upon review of the Defendants' Motions for to Extend the Automatic Stay ("the Motion") (Doc. # 9);

**AND**, the Debtor's prior case having been dismissed on **September 29, 2017**, more than one (1) year before the commencement of the present bankruptcy case;

**AND**, whereas no purpose can be served by the entry of an order extending the automatic stay in that 362(c)(3) is inapplicable and the automatic stay is not scheduled to expire;

It is therefore **ORDERED** that:

1. The Motion is **DENIED**.

2. The hearing **SCHEDULED** on **January 15, 2019** is **CANCELED**.

Date:  January 14, 2019

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**