UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Case No.: 18-18309 |
|---|---|---|
| Lisa Springs-Williams | : | |
| | : | |
| Debtor(s) | : | Chapter 13 |

## RESPONSE TO THE MOTION OF FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362

Comes Now, Lisa Springs -Williams, hereinafter referred to as "Debtor" by and through the undersigned counsel and in response to the Motion for Relief from the Automatic Stay and in support thereof avers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

Dated: July 25, 2019

/s/Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, #502
The Philadelphia Building
Philadelphia, PA 19107
(215) 545-0008