UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  LISA R. SPRINGS-WILLIAMS | BANKRUPTCY CASE |
| Debtor | NO.: 18-18309 |
| Wilmington Savings Fund Society | CHAPTER 13 |
| Movant | |
| v. | |
| Lisa R. Springs-Williams | |
| Respondent | |

**STIPULATION AND SETTLEMENT REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS STIPULATION is made this ___ day of August, 2019, by and between Wilmington Savings Fund Society ("Movant") and Lisa R. Springs-Williams ("Debtor").

WHEREAS, on or about June 28, 2006, Beneficial Mutual Savings Bank loaned Debtor the principal sum of $56,905.00.00 with interest in accordance with the terms and conditions of a certain Promissory Note dated the same date executed by Debtor in favor of Beneficial Mutual Savings Bank (the "Note").

WHEREAS, in order to secure repayment of the obligations set forth in the Note, Debtor executed and delivered to Beneficial Mutual Savings Bank a mortgage on certain real property located in Philadelphia, Pennsylvania (the "Mortgage").  Said property is more particularly described as 1820 W. Juniata Street, Philadelphia, PA 19140 (the "Property").  The Mortgage was recorded on July 19, 2006 with the Philadelphia County Recorder of Deeds at Instrument No. 51488239.

WHEREAS, Debtor is in default of her obligations under the Note.

WHEREAS, Movant is the successor in interest by merger with Beneficial Mutual

Savings Bank.

WHEREAS, as a result of said post-petition defaults under the Note, Movant has filed a Motion for Stay Relief (the "Motion").

WHEREAS, the total post-petition sum now due is $2,797.03, consisting of three monthly payments from June 1, 2019 through August 1, 2019 totaling $1,497.03 and $1,300.00 in attorney's fees and costs (the "Arrearage").

WHEREAS, Debtor has agreed to bring the Note current post-petition as provided below.

NOW, THEREFORE, with the foregoing background being incorporated by reference, and intending to be legally bound hereby, it is hereby agreed as follows:

1. Debtor shall make six monthly payments of $466.18 on the fifteenth day of each month toward the Arrearage, starting with the August 15, 2019 payment through and including the January 15, 2020 payment.

2. Debtors shall make the regular monthly payments due under the Note as and when they become due. The Arrearage payments as outlined above are separate and in addition to all regular monthly payments.

3. Except as provided herein, nothing herein is intended to alter or modify the Note or the other related loan documents in any way, and they shall all remain in full force and effect.

4. If Debtor fails to timely make any payment due hereunder or under the Note, Movant may file a Certification of Default with the Court, after five days written notice to Debtor's counsel, and Debtor consents to the entry of a Stay Relief Order in the form attached to the Motion upon the filing of such Certification. Debtor is entitled to only two such notices.

**WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP**

\_\_\_/s/ Peter E. Meltzer_____
PETER E. MELTZER, ESQUIRE
Weber Gallagher
Attorneys for Movant

_____
BRAD J. SADEK, ESQUIRE
Attorney for Debtor

APPROVED AND "SO ORDERED" THIS _____ DAY OF AUGUST, 2019.

_____
Eric L. Frank, U.S.B.J.